**ORIGINAL** **SEALED**

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FEB 11 2020

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>v.<br><br>HURLEY DEWAYNE PITTS,<br><br>      *Defendant.* | SEALED<br><br>Case No.<br><br>**CR 20-011-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF FIREARM & AMMUNITION
[18 U.S.C. §§ 922(g)(1), 924(a)(2) & 924(e)(1)]

On or about January 18, 2020, within the Eastern District of Oklahoma, the defendant, **HURLEY DEWAYNE PITTS,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of said conviction, did knowingly possess in and affecting commerce, the following firearm and ammunition, to-wit:

- One (1) Smith and Wesson, Model M&P 40 Shield, .40 S&W caliber, semi-automatic pistol, Serial Number HTE6497; and

- Eight (8) rounds of Tulammo brand .40 S&W caliber ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Count One this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1), the defendant, **HURLEY DEWAYNE PITTS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- One (1) Smith and Wesson, Model M&P 40 Shield, .40 S&W caliber, semi-automatic pistol, Serial Number HTE6497; and
- Eight (8) rounds of Tulammo brand .40 S&W caliber ammunition.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

BRIAN J. KUESTER
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney